

No. 12–6002/AF.  U.S. v. Darren N. Hathorne.  CCA 2011–02.  On consideration of the Appellant's petition for reconsideration, motion to submit completed Article 69 appeal,* and motion to substitute amended Article 69 appeal action, we conclude that Appellant has failed to meet the standard for reconsideration.  Accordingly, it is ordered that the petition for reconsideration, motion to submit, and motion to substitute are denied.

No. 12–0149/AR.  U.S. v. Christopher L. Stadel.  CCA 20090820.  Appellee's motion to file a supplemental joint appendix is granted.

No. 12–0245/AR.  U.S. v. Thomas A. Scott.  CCA 20091087.  Appellee's motion to file a supplemental joint appendix is granted.

No. 12–0354/NA.  U.S. v. Markalle D. Redd.  CCA 201000682.  On consideration of the motion filed by LCDR Michael R. Torrisi to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent appellant and that the new attorney has assumed the representation of said appellant.  Accordingly, it is ordered that said motion is hereby granted.

No. 12–0414/AR.  U.S. v. David G. Spicer, Jr.  CCA 20090608.  Review granted on the following issue:

> WHETHER THE EVIDENCE IS LEGALLY SUFFICIENT TO SUP-
> PORT THE FINDINGS OF GUILTY OF MAKING FALSE OFFICIAL
> STATEMENTS UNDER CHARGE I.

Briefs will be filed under Rule 25.

---

* Erroneously captioned as Article 62 appeal.